IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Lafayette W. Knotts, #275052,<br>aka Lafayette Westly Knotts,<br><br>     Plaintiff,<br><br>vs.<br><br>South Carolina Department<br>of Corrections, et al.,<br><br>     Defendants. | Civil Action No. 6:08-814-MBS-WMC<br><br>**O R D E R** |

   This matter is before the court on the plaintiff's motion to compel discovery (doc. 56). filed January 7, 2009.

   The plaintiff seeks copies of "all medical reports and record prepared by any all hospital who treat me in this incident." In their response to the motion, filed January 28, 2009, the defendants state that they obtained copies of the plaintiff's hospital records at a cost of $270.27. The defendant provided the plaintiff with copies of the hospital admissions and discharge summaries, as well as the EMS records, at no cost. The additional 475 pages, comprised of the daily nursing records, were made available to the plaintiff for copying at a cost of $.10/page. As another alternative, the defendant offered to let the plaintiff review the records at the time of the taking of his deposition so that he could select the pages he deemed relevant for copying.

   Based on the foregoing,

   IT IS ORDERED that the plaintiff's motion to compel is found to be moot.

   IT IS SO ORDERED.

February 2, 2009             s/William M. Catoe
Greenville, South Carolina         United States Magistrate Judge